**DISMISS and Opinion Filed August 5, 2013**



# In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00942-CV

**KENNETH WOODS D/B/A PLATINUM PROPERTIES, Appellant**
**V.**
**CHARLIE MAE THOMPSON, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-04525-D**

## MEMORANDUM OPINION

Before Justices O'Neill, Francis, and Fillmore
Opinion by Justice Francis

Before the Court is appellee's July 12, 2013 motion to dismiss the appeal. Appellee contends the appeal should be dismissed for want of jurisdiction. Appellant did not file a response to the motion.

The trial court rendered a final default judgment on October 29, 2012. Appellant did not file a post-judgment motion extending the appellate deadlines. Accordingly, his notice of appeal was due on November 28, 2012. *See* TEX. R. APP. P. 26.1. Without a timely filed notice of appeal, this Court lacks jurisdiction. *See* TEX. R. APP. P. 25.1(b).

Appellant filed his notice of appeal on July 9, 2013, more than eight months past the deadline. Because his notice of appeal was untimely, this Court lacks jurisdiction. Accordingly,

we grant appellee's motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.3(a).

/Molly Francis/
MOLLY FRANCIS
130942F.P05                         JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

KENNETH WOODS D/B/A
PLATINUM PROPERTIES, Appellant

No. 05-13-00942-CV       V.

CHARLIE MAE THOMPSON, Appellee

On Appeal from the County Court at Law
No. 4, Dallas County, Texas.
Trial Court Cause No. CC-12-04525-D.
Opinion delivered by Justice Francis.
Justices O'Neill and Fillmore, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, CHARLIE MAE THOMPSON, recover his costs of this appeal from appellant, KENNETH WOODS D/B/A PLATINUM PROPERTIES.

Judgment entered August 5, 2013

/Molly Francis/
MOLLY FRANCIS
JUSTICE

–3–